# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 05-cr-093(01) (JNE/JGL) |
| Plaintiff, | |
| v. | **O R D E R** |
| **GERARDO GURROLA (01),** | |
| Defendant. | |

## APPEARANCES

Chris Wilton, Esq., Assistant United States Attorney, for Plaintiff United States of America

Patrick Nwaneri, Esq. for Defendant Gerardo Gurrola

Based upon the Report and Recommendation by Chief Magistrate Judge Jonathan Lebedoff dated June 13, 2005; all the files, records, and proceedings herein; and no objections having been filed to the Report and Recommendation;

**IT IS HEREBY ORDERED** that Defendant Gurrola's Motion to Suppress Evidence and/or to Dismiss Complaint (Doc. No. 42) is **DENIED**.

Dated: July 13, 2005

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Court